UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DIGGS,

Plaintiff,

v.

ALAMEDA COUNTY BEHAVIORAL HEALTH, et al.,

Defendants.

Case No. 26-cv-09999-KAW (PR)

**ORDER DIRECTING CLERK TO RECLASSIFY NATURE OF SUIT AND TO REASSIGN THIS ACTION TO DISTRICT JUDGE NOËL WISE**

Plaintiff Michael Diggs filed this civil action in the Alameda County Superior Court, *Diggs v. Alameda County Behavioral Health, et al.*, Case No. 26 CV 199306, and Defendants removed it to federal court. Dkt. 1. At this time, it is unclear from the record whether Plaintiff's status should be a "*pro se* prisoner" or a "non-prisoner *pro se* litigant." Plaintiff claims that he was formerly a civil detainee as he was involuntarily committed to the Department of State Hospitals ("DSH") following a 2015 verdict in which he was found not guilty by reason of insanity, and that he was then released from DSH to the custody of Alameda County Behavioral Health in 2025. *Id.* at 8. The record shows that Plaintiff is currently in custody at Santa Rita Jail, and thus it seems that his status should be a "*pro se* prisoner."

The record shows that when this case was removed to federal court, the Nature of Suit ("NOS") assigned to this case was "440 Civil Rights: Other." The Court directs the Clerk's Office to reclassify the NOS for this case as "550 Prisoner: Civil Rights."

The assignment plan is set out in Northern District General Order 44. General Order 44(D)(7) provides for the assignment of "any non-capital civil action filed by a prisoner to the same Judge who was assigned any previous actions filed on behalf of that prisoner." Accordingly, pursuant to General Order 44(D)(7), the Clerk shall reassign this case to District Judge Noël Wise.

IT IS SO ORDERED.

Dated: September 25, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California